# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

DERRICK CONROD, Reg. No. 516501,     )
         )
     Plaintiff,     )
         )
     v.     )     No. 07-4058-CV-C-NKL
         )
DAVE DORMIRE, et al.,     )
         )
     Defendants.     )

## ORDER

On June 14, 2007, plaintiff Derrick Conrod filed a motion to dismiss his claims voluntarily. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice. [13] It is further

ORDERED that the Clerk of Court shall mark this case as closed.

NANETTE K. LAUGHREY
United States District Judge

Dated: 7-3-07
Jefferson City, Missouri